IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01279-MSK-KLM

REYNOLDS POLYMER TECHNOLOGY, INC.,

    Plaintiff,

v.

DAVID G. DUFF, and
ADVANCED AQUARIUM TECHNOLOGIES PTY LTD,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order** [#44][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [##44-1, 44-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  July 29, 2014

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.